# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARNELIUS COLEMAN

NO. 2024 KW 0129

**MARCH 22, 2024**

---

In Re:     Karnelius Coleman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4373-F-2023.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to set forth any of the four factors for showing that he has been deprived of his constitutional right to a speedy trial. See **Barker v. Wingo**, 407 U.S. 514, 530, 92 S.Ct. 2182, 2192, 33 L.Ed.2d 101 (1972). Furthermore, relator failed to include a copy of the indictment, the pertinent court minutes, and he failed to include with the motion for speedy trial an affidavit executed by his counsel certifying that relator and counsel are prepared to proceed to trial within the applicable time delays. See La. Code Crim. P. art. 701(D)(1). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT